**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 08-cv-00114-LTB

ANDREW AVIRETT, on behalf of himself and others similarly situated,

      Plaintiff,

v.

FAMILY DOLLAR STORES, INC.,

      Defendant.
_____

**ORDER**
_____

      Upon Plaintiffs' Motion Requesting a Stay of All Proceedings Pending the Decision by the Judicial Panel on Multidistrict Litigation to Consolidate and Transfer Pursuant to 28 U.S.C. § 1407 (Doc 9 - filed February 8, 2008), it is

      ORDERED that the Motion is GRANTED. This matter is STAYED until further order of the Court.

      BY THE COURT:

        s/Lewis T. Babcock
      Lewis T. Babcock, Judge

DATED:   February 11, 2008