Inasmuch as no objection is
pending at this time, the
stay is lifted.

MAY 1 3 2008

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 25 2008

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: FAMILY DOLLAR STORES, INC., WAGE
AND HOUR EMPLOYMENT PRACTICES LITIGATION

MDL No. 1932

(SEE ATTACHED SCHEDULE)

FILED
CHARLOTTE, NC

MAY 15 2008

U.S. DISTRICT COURT
WESTERN DISTRICT OF NC

## CONDITIONAL TRANSFER ORDER (CTO-1)

On April 8, 2008, the Panel transferred three civil actions to the United States District Court for the Western District of North Carolina for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* ___F.Supp.2d___ (J.P.M.L. 2008). With the consent of that court, all such actions have been assigned to the Honorable Graham C. Mullen.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Western District of North Carolina and assigned to Judge Mullen.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Western District of North Carolina for the reasons stated in the order of April 8, 2008, and, with the consent of that court, assigned to the Honorable Graham C. Mullen.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Western District of North Carolina. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A CERTIFIED TRUE COPY

MAY 1 3 2008

ATTEST _____
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Certified to be a true and
correct copy of the original.
U.S. District Court
Frank G. Johns, Clerk
Western District of N.C.
By: _____
Deputy Clerk
Date 6-23-08

# IN RE: FAMILY DOLLAR STORES, INC., WAGE AND HOUR EMPLOYMENT PRACTICES LITIGATION

MDL No. 1932

## SCHEDULE CTO-1 - TAG-ALONG ACTIONS

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **ALABAMA MIDDLE** | |
| ALM 1 08-76 | Rosie Magwood v. Family Dollar Stores, Inc. |
| **ARIZONA** | |
| AZ 4 08-133 | Terri L. Jackson, et al. v. Family Dollar Stores, Inc. |
| **COLORADO** | |
| CO 1 08-114 | Andrew K. Avirett v. Family Dollar Stores, Inc. |
| **PENNSYLVANIA EASTERN** | |
| PAE 5 08-1266 | Albert Itterly v. Family Dollar Stores, Inc., et al. |


Inasmuch as no objection is pending at this time, the stay is lifted.

MAY 1 3 2008

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 25 2008

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: FAMILY DOLLAR STORES, INC., WAGE
AND HOUR EMPLOYMENT PRACTICES LITIGATION           MDL No. 1932

(SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-1)

On April 8, 2008, the Panel transferred three civil actions to the United States District Court for the Western District of North Carolina for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* ___F.Supp.2d___ (J.P.M.L. 2008). With the consent of that court, all such actions have been assigned to the Honorable Graham C. Mullen.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Western District of North Carolina and assigned to Judge Mullen.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Western District of North Carolina for the reasons stated in the order of April 8, 2008, and, with the consent of that court, assigned to the Honorable Graham C. Mullen.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Western District of North Carolina. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

# IN RE: FAMILY DOLLAR STORES, INC., WAGE AND HOUR EMPLOYMENT PRACTICES LITIGATION

MDL No. 1932

## SCHEDULE CTO-1 - TAG-ALONG ACTIONS

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **ALABAMA MIDDLE** | |
| ALM 1 08-76 | Rosie Magwood v. Family Dollar Stores, Inc. |
| **ARIZONA** | |
| AZ 4 08-133 | Terri L. Jackson, et al. v. Family Dollar Stores, Inc. |
| **COLORADO** | |
| CO 1 08-114 | Andrew K. Avirett v. Family Dollar Stores, Inc. |
| **PENNSYLVANIA EASTERN** | |
| PAE 5 08-1266 | Albert Itterly v. Family Dollar Stores, Inc., et al. |

IN RE: FAMILY DOLLAR STORES, INC., WAGE
AND HOUR EMPLOYMENT PRACTICES LITIGATION     MDL No. 1932

## INVOLVED COUNSEL LIST (CTO-1)

Bobbie Shaw Crook
BOBBIE S CROOK PC
367 South St. Andrews Street
Dothan, AL 36301

Wendy Jacobsen Harrison
BONNETT FAIRBOURN
FRIEDMAN & BALINT PC
2901 North Central Avenue
Suite 1000
Phoenix, AZ 85012-3311

Joshua B. Kirkpartrick
LITTLER MENDELSON PC
1200 17th Street
#1000
Denver, CO 80202

George E. McLaughlin
MCDERMOTT HANSEN &
MCLAUGHLIN
1890 Gaylord Street
Denver, CO 80206-1211

Terry Price
FORD & HARRISON LLP
2100 Third Avenue, North
Suite 400
Birmingham, AL 35202

Jeremy W. Stewart
LITTLER MENDELSON PC
200 North LaSalle Street
Suite 2900
Chicago, IL 60601-1014

Gregory O. Wiggins
WIGGINS CHILDS QUINN & PANTAZIS LLC
The Kress Building
301 19th Street, North
Birmingham, AL 35203-3204

Peter David Winebrake
WINEBRAKE LAW FIRM LLC
Twining Office Center
Suite 114
715 Twining Road
Dresher, PA 19025

IN RE: FAMILY DOLLAR STORES, INC., WAGE
AND HOUR EMPLOYMENT PRACTICES LITIGATION     MDL No. 1932

## INVOLVED JUDGES LIST (CTO-1)

Hon. W. Harold Albritton, III
Senior U.S. District Judge
P.O. Box 629
Montgomery, AL 36101-0629

Hon. Raner C. Collins
U.S. District Judge
Evo A. Deconcini U.S. Courthouse
405 W. Congress Street
Suite 5170
Tucson, AZ 85701

Hon. Lewis T. Babcock
U.S. District Judge
A273 Alfred A. Arraj United States Courthouse
901 19th Street
Denver, CO 80294-3589

Hon. Lawrence F. Stengel
U.S. District Judge
The Madison Building
400 Washington Street, 2nd Floor
Reading, PA 19601

**IN RE: FAMILY DOLLAR STORES, INC., WAGE
AND HOUR EMPLOYMENT PRACTICES LITIGATION** MDL No. 1932

**INVOLVED CLERKS LIST (CTO-1)**

Debra P. Hackett, Clerk
U.S. District Court
P.O. Box 711
Montgomery, AL 36101-0711

Richard H. Weare, Clerk
1500 Evo A. DeConcini U.S. Courthouse
405 West Congress Street
Tucson, AZ 85701-5010

Gregory C. Langham, Clerk
A105 Alfred A. Arraj U.S. Courthouse
901 19th St.
Denver, CO 80294-3589

Michael E. Kunz, Clerk
2609 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1797